# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF FLORIDA

JOSE JAVIER PEREZ, individually and on behalf of all others similarly situated,

    Plaintiff,

CASE NO. 21-CV-62117-RNS

v.

TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR CORPORATION, and SOUTHEAST TOYOTA DISTRIBUTORS, LLC,

    Defendants.

## DEFENDANT TOYOTA MOTOR CORPORATION'S NOTICE OF JOINDER IN MOTION OF DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC. AND SOUTHEAST TOYOTA DISTRIBUTORS, LLC TO STAY OR TRANSFER THE ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA

Defendant Toyota Motor Corporation ("TMC") joins in and adopts, as its own, Defendants Toyota Motor Sales, U.S.A., Inc. and Southeast Toyota Distributors, LLC's Motion to Stay or Transfer to the Central District of California ("Motion to Stay or Transfer," ECF No. 16) and the Reply in Support thereof ("Reply," ECF No. 27), filed on December 20, 2021 and January 10, 2022, respectively.[1]  To avoid needless duplication and burden on the Court, TMC has not repeated here all of the arguments in the Motion to Stay or Transfer, but instead incorporates by reference all of the arguments into this Joinder.  For the reasons set forth in the Motion to Stay or Transfer and the Reply, TMC respectfully requests that the Court stay this action pursuant to the first-filed

---

[1] On January 10, 2022, TMC, a Japanese corporation headquartered in Japan, was presented with and executed a waiver of service. (ECF No. 26-1.) Defendants' deadline to file a Rule 12(b) motion challenging the Amended Complaint is February 4, 2022.  (ECF No. 29.)  TMC's joinder in the pending Motion to Stay or Transfer is without waiver of its Rule 12(b) arguments and defenses.

rule, or alternatively, transfer this action to the Central District of California.

Dated:  January 25, 2022                                           Respectfully submitted,

/s/ *Brian M. Ercole*
Brian M. Ercole, FL Bar No. 102189
brian.ercole@morganlewis.com
Matthew Papkin, FL Bar No. 106565
Matthew.papkin@morganlewis.com
Melissa M. Coates, FL Bar No. 111420
melissa.coates@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
Telephone:  +1.305.415.3000
Facsimile:    +1.305.415.3001

J. Gordon Cooney (*pro hac vice* forthcoming)
gordon.cooney@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA  19103
Telephone:  +1.215.963.4806
Facsimile:   +1.215.963.5001

David L. Schrader (*pro hac vice* forthcoming)
david.schrader@morganlewis.com
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

*Counsel for Defendant Toyota Motor Sales,*
*U.S.A., Inc. and Toyota Motor Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Brian M. Ercole*
Brian M. Ercole